# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 8, 2011

No. 11-30061
Summary Calendar

Lyle W. Cayce
Clerk

CLIFTON GREGORY RICHARDSON,

Plaintiff-Appellant

v.

WILLY J MARTIN, JR., Sheriff,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC 2:09-CV-7384
USDC 2:09-CV-7383

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Appellant Clifton Richardson now alleges that he is an alien, a citizen of
Great Britain. If so, there would be federal court jurisdiction. We proceed to the
claim he has made.

After study of what he has pleaded, we conclude that his complaint is that
he is entitled to ownership of property in Convent, Louisiana, and personal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 11-30061
Summary Calendar

property that was located there.  He received no deed or possession from Sheriff Willy J. Martin despite the payment of $34,308.45 (excessive of the $28,505.50 successful bid) to the law firm of Dean Martin in Monroe, Louisiana.  If so, any legal claim Richardson has would be against the law firm, but they are not parties to this suit.  No ground for a legal claim against Sheriff Martin or the U.S. Bank is alleged.  Without a plausible claim the case must be dismissed without prejudice as the district judge ordered.

AFFIRMED.